UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTEVAN R. LUCERO,<br><br>                         Plaintiff,<br><br>v.<br><br>SANDY RAMIREZ, Deputy Trial Counsel of the Office of Chief Trial Counsel of the State Bar of California in an individual and official capacity; MELANIE LAWRENCE, Chief Trial Counsel of the State Bar of California in an individual and official capacity; VANESSA HOLTON, General Counsel of the State Bar of California in an individual and official capacity; LAWRENCE JEFFREY DEL CERRO, Special Trial counsel Administrator of the State Bar of California in an individual and official capacity;  and DOES 1 through 10, inclusive,<br><br>                         Defendants. | Case No.: 20cv2411-CAB-JLB<br><br>**ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS**<br><br>**[Doc. No. 2]** |

      Plaintiff, a non-prisoner, proceeding *pro se*, has filed a complaint for denial of due process in violation of 42 U.S.C. §1983.  Plaintiff has not paid the civil filing fee required to commence this action, but rather, has filed a motion to proceed *in forma pauperis*

pursuant to 28 U.S.C. § 1915.  [Doc. No. 2.]

     Pursuant to 28 U.S.C. § 1915(a), a court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay filing fees.  Plaintiff has submitted an affidavit that sufficiently shows he lacks the financial resources to pay filing fees.  Accordingly, the Court hereby **GRANTS** Plaintiff's motion to proceed *in forma pauperis* and ORDERS as follows:

     1.     The United States Marshal shall serve a copy of the complaint, summons and order granting leave to proceed *in forma pauperis* upon Defendants as directed by Plaintiff on U.S. Marshal Form 285.  All costs of service shall be advanced by the United States.

     2.     Plaintiff shall serve upon Defendants or, if appearance has been entered by counsel, upon Defendants' counsel, a copy of every further pleading or other document submitted for consideration of the Court.  Plaintiff shall include with the original paper to be filed with the Clerk of the Court a certificate stating the manner in which a true and correct copy of any document was served on Defendants or Defendants' counsel and the date of service.  Any paper received by a District Judge or Magistrate Judge that has not been filed with the Clerk or that fails to include a Certificate of Service will be disregarded.

     **IT IS SO ORDERED.**

Dated:  December 15, 2020

                                  Hon. Cathy Ann Bencivengo
                                  United States District Judge