Case 3:20-cv-02411-CAB-JLB   Document 15   Filed 04/19/21   PageID.230   Page 1 of 2



# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Estevan R. Lucero, an individual | Civil Action No.   20cv2411-CAB-JLB |
| **Plaintiff,** | |
| V. | |
| (See Attachment) | **JUDGMENT IN A CIVIL CASE** |
| **Defendant.** | |

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

(1) the Court must abstain from exercising jurisdiction over Plaintiff's claims pursuant to Younger, which requires dismissal of claims for injunctive and declaratory relief and would (absent other grounds for dismissal) require staying any monetary damages claims; (2) all Defendants are entitled to Eleventh Amendment immunity from any claims for monetary damages against them in their official capacities; (3) Ramirez is entitled to quasi-judicial immunity for claims from monetary damages in her individual capacity; (4) the FAC fails to state a claim under Rule 12(b)(6) for violations of Plaintiff's rights under 42 U.S.C. §§ 1983, 1985, and 1986; and (5) Plaintiff has not satisfied his burden to demonstrate that this district is the proper venue for this action. Accordingly, for all of these reasons, Defendants' motion to dismiss is GRANTED. Because Plaintiff, having already amended once in response to a motion to dismiss, does not identify any additional facts that he could allege that would overcome all of these myriad deficiencies in the FAC, and because the Court finds that any amendment would be futile, this case is DISMISSED WITH PREJUDICE.
It is SO ORDERED.

| | |
|---|---|
| **Date:**      4/19/21 | **CLERK OF COURT**<br>**JOHN MORRILL, Clerk of Court**<br>By:  s/ A. Hazard |
| | A. Hazard, Deputy |

# United States District Court

**SOUTHERN DISTRICT OF CALIFORNIA**

(ATTACHMENT)

**Civil Action No.**  20cv2411-CAB-JLB

Sandy Ramirez, Deputy Trial Counsel of the Office of Chief Trial, Counsel of the State Bar of California in an individual and official capacity; Melanie Lawrence , Chief Trial Counsel of the State Bar of California, in an individual and official capacity; Vanessa Holton , General Counsel of the State Bar of California, in an individual and official capacity;  Lawrence Jeffrey Del Cerro , Special Trial Counsel Administrator of the State Bar of California in an individual and official capacity

Defendants.